PROB 12C   PACTS # 15004

# United States District Court
## for the
## Southern District of Mississippi
## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Marcus Castillo McKeller   **Docket No.** 2:09CR18KS-MTP-001

**Name of Sentencing Judicial Officer:** Honorable Keith Starrett

**Date of Original Sentence:** March 31, 2010

**Original Offense:** Possession of Cocaine Base with Intent to Distribute

**Original Sentence:** 72 months imprisonment followed by 10 years supervised release.

**Type of Supervision:** Supervised Release

**Date Supervision Commenced:** February 4, 2014

**Assistant U.S. Attorney:** John Meynardie

**Defense Attorney:** None Appointed to-date



### PETITIONING THE COURT

This information is to be released to the U.S. Marshal Service, U.S. Attorney's Office and U.S. Probation only.

☒ To issue a warrant

☐ To issue a summons

| Violation Number | Nature of Non-Compliance |
|---|---|
| 1) Standard Condition #7 | **The defendant shall not use a controlled substance.**<br><br>The defendant rendered a positive drug test for marijuana on August 30, 2016. The defendant admitted to using this drug. |
| 2) Standard Condition #2 | **The defendant shall report to the probation officer.**<br><br>The defendant failed to report as instructed for a drug test on August 23, 2016. Additionally, the defendant failed to report as instructed for an office visit on September 13, 2016. |

*PACTS: Petition for Warrant or Summons / 12C*

MSS Prob 12C

Petition for Warrant or Summons
For Offender Under Supervision

Name of Offender: McKeller, Marcus

Case Number: 2:09CR18KS-MTP-001

**3) Special Condition**    The defendant shall participate in and complete the Thinking for a Change program as operated by the Southern District of Mississippi.

The defendant failed to complete the Thinking for a Change program and was unsuccessfully discharged on April 20, 2016, based on lack of participation.

Reviewed and Approved:

Doug Petersen
Supervisory U.S. Probation Officer

Respectfully submitted

Amanda Pierce
U.S. Probation Officer

Date: September 15, 2016

Name of AUSA Notified: John Meynardie

---

**THE COURT ORDERS:**

☐ No Action
☒ Issue an arrest warrant
☐ Issue a Summons for Hearing on _____
☐ Other

Signature of Judicial
Officer/Date    9-19-2016