# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# EASTERN DIVISION

**UNITED STATES OF AMERICA**

vs.                          Docket No. 2:09CR18 KS-MTP-1

**MARCUS CASTILLO MCKELLER**

## ORDER MODIFYING CONDITIONS OF SUPERVISED RELEASE

On June 18, 2018, the defendant appeared before the Court after successful completion of the U.S. District Court Re-entry Court Program for the Southern District of Mississippi and as such, is now eligible for a reduction in his supervised release time in the amount of 20 percent.

In the Judgment and Commitment Order dated October 17, 2016, McKeller was sentenced to Time Served followed by 60 months of supervised release.

It is the order of the Court that McKeller's term of supervised released be reduced by twelve months. His new term of supervised release is now 48 months with his final discharge date being October 16, 2020.

SO DATED, this the   15th   day of   June  , 2018.

                                                 s/Keith Starrett
                                                Keith Starrett, United States District Judge